UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAYMARKET-GALERIA, LLC, ET AL. | CIVIL ACTION |
| VERSUS | |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., ET AL. | NO. 22-939-JWD-SDJ |

CONSOLIDATED WITH

| | |
|---|---|
| HAYMARKET-GALERIA, LLC, ET AL. | CIVL ACTION |
| VERSUS | |
| BLACKBOARD INSURANCE COMPANY, INC., ET AL. | NO.   23-1252-JWD-SDJ |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 7, 2025 (Doc. 40), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 37) is **GRANTED**, dismissing this action as to Independent Specialty Insurance and Lloyd's, and furthermore that the entire consolidated action is DISMISSED without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 25, 2025.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA